### Gordon, Secretary of Banking, v. Nelson, Appellant.

Argued November 23, 1937. Before SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Frederick B. Smillie,* of *Smillie & Bean,* for appellant.

*Morris Gerber,* with him *Horace M. Barba,* Special Deputy Attorney General, *Oliver C. Cohen,* Deputy Attorney General, and *Charles J. Margiotti,* Attorney General, for appellee.

PER CURIAM, November 29, 1937:

This case is ruled by *Harr v. Mikalarias,* 328 Pa. 49. The judgment must therefore be reversed, without prejudice to plaintiff's right to discontinue and, after compliance with the requirements of section 723 of the Department of Banking Code of 1933, P. L. 565, to institute a new action.

Judgment reversed.